

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00139-CR

Eliodoro **MUNGUIA** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6173
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:       Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: May 26, 2021

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence in the underlying cause on October 30, 2020. Because appellant did not file a motion for new trial, the notice of appeal was due by November 30, 2020. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due by December 14, 2020. *See id.* R. 26.3. Appellant filed a notice of appeal on April 5, 2021, but did not file a motion for extension of time.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered

timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id.*

Here, because it appeared the notice of appeal was untimely filed and no extension of time was filed, we ordered appellant to show cause in writing by May 14, 2021 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response. Accordingly, this appeal is dismissed for lack of jurisdiction. *See id.*

PER CURIAM

DO NOT PUBLISH